TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

EDNIN D. MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Ednin.Martinez@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jesus Garcia,<br><br>            Plaintiff,<br><br>      v.<br><br>United States of America, *et al.*,<br><br>            Defendants. | Case No. 2:26-cv-01274-BNW<br><br>**Stipulation and Order for Extension of Time for United States of America to File Responsive Pleading**<br><br>**(First Request)** |

Plaintiff Jesus Garcia, and Federal Defendant the United States of America (collectively, "the parties"), hereby stipulate, by and through their undersigned counsel, to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiff's Complaint from June 29, 2026, up to and including **August 28, 2026**. This extension is necessary because undersigned counsel for Federal Defendant needs additional time to review the available materials and coordinate with the agency. This stipulated request is brought in good faith and not for the purposes of undue delay.

On June 29, 2026, Federal Defendant filed its Motion for Extension of Time to File Responsive Pleading. ECF No. 8. On June 30, 2026, the Court ordered Plaintiff to file his opposition, if any, by July 7, 2026. ECF No. 9. After conferring further, the parties have agreed to enter into this stipulation and order to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiff's Complaint from June 29, 2026, up to and including **August 28, 2026**.

1

Accordingly, the parties respectfully request that the Court grant this stipulated request to extend the time for Federal Defendant to file a responsive pleading.

Respectfully submitted this 6th day of July 2026.

RICHARD HARRIS LAW FIRM

*/s/ Charles S. Jackson, Esq.*
CHARLES S JACKSON, ESQ.
Nevada Bar No. 13158
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Ednin D. Martinez*
EDNIN D. MARTINEZ
Assistant United States Attorney
*Attorneys for Federal Defendant*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE** .

**DATED:** ___July 7, 2026___

2